IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL
CIRCUIT, IN AND FOR MARION COUNTY,
FLORIDA

CASE NO:

JOANN TYDINGS,

    Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.

_____/

## COMPLAINT

Plaintiff, JOANN TYDINGS, sues Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and alleges:

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material to this action, Plaintiff is and was a natural person residing in Marion County, Florida.

3. At all times material to this action, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, was a corporation authorized to do business and doing business in Marion County, Florida.

4. On or about July 26, 2013, Plaintiff was operating a motor vehicle West on SR 40 in Marion County, Florida.

5. At that time and place, KENNETH BRYANT was the uninsured owner and operator of a motor vehicle traveling on SR 40 in Marion County, Florida.

6. At that time and place, KENNETH BRYANT negligently operated and/or maintained the motor vehicle so that it collided with Plaintiff's motor vehicle.

7. On or about May 2, 2013, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, issued and delivered to Plaintiff a policy of insurance numbered 362 3884-E02-59E which was in full force and effect on the date of the collision.

8. Under the terms of the insurance policy, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, provided stacking uninsured motorist coverage for Plaintiff in the amount of $100,000.00 per person/$300,000.00 per occurrence.

9. Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

10. At all times material to this action, KENNETH BRYANT was an uninsured motorist in that he did not carry liability insurance coverage.

11. Plaintiff has furnished Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, denied that coverage exists and/or refused to pay Plaintiff for the full value of the claim.

12. As a direct and proximate result of KENNETH BRYANT's negligence, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation or activation of an existing or latent condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, JOANN TYDINGS, demands judgment for damages against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and other

such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 27th day of December, 2017.

/s/ Michael J. Smith
MICHAEL J. SMITH, ESQUIRE
FBN: 0105368
Morgan & Morgan, P.A.
14229 US 441
Tavares, FL 32778
Phone: (352) 253-2700
Direct Facsimile: (352) 253-2701
Primary email: MSmith@forthepeople.com
Secondary email: rpadgett@forthepeople.com
ecannon@forthepeople.com
Attorneys for Plaintiff